# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>MAIXEE HER | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number:     **3:16-mj-0002 CMK**<br><br>_____Earl Lowery_____<br>Defendant's Attorney |

**THE DEFENDANT:**

[X]   pleaded guilty to count(s):   __1__ .
[ ]   pleaded nolo contendere to counts(s) _____ which was accepted by the court.
[ ]   was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 2.35(b) | Possess Controlled Substance | 11/20/2015 | 1 |

    The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    IT IS FURTHER ORDERED that the defendant shall notify the court within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

                                            04/19/2015
                                            _____
                                            Date of Imposition of Judgment


                                            _/s/ Craig M. Kellison_____
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE


                                            04/19/2015
                                            _____
                                            Date

## IMPRISONMENT

The defendant is hereby remanded to the custody of the United States Marshal to be imprisoned for a total term of: FIVE (5) days commencing forthwith.

## FINE

The defendant shall pay a fine in the sum of $2,500.00 to the Clerk, U.S. District Court, Eastern District of California, 501 I Street, Sacramento, California 95814, in installments of $150 or more per month commencing May 1, 2016.

Upon payment of the fine in full, the government shall return to defendant the $1,000.00 seized at the time of the offense.